

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-19-00818-CV

**IN THE INTEREST OF K.R.C.**, a Child

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1390-CV-A
Honorable Dulce Madrigal, Judge Presiding[1]

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that no costs be assessed against appellant Jonathan Cooper because he is indigent.

It is so **ORDERED** on April 22, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] The Honorable Jessica Crawford presided over the underlying suit affecting the parent-child relationship proceeding and signed the temporary orders and final order on June 3, 2019. The Honorable Dulce Madrigal signed the Order Clarifying Child Support and Qualified Domestic Relations Order on July 23, 2019.